| UNITED STATES BANKRUPTCY COURT Western | DISTRICT OF New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle): <br> Steurrys, Tammy L. | Name of Joint Debtor (Spouse) (Last, First, Middle): <br> Steurrys, Daniel |
|---|---|
| All Other Names used by debtor in the last 6 years <br> (include married, maiden and trade names): <br> Tammy L. Hoad | All Other Names used by the joint debtor in the last 6 years <br> (include married, maiden and trade names): |
| Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. <br> (If more than one, state all): 7964 | Last four digits of Soc. Sec.No/Complete EIN or other Tax I.D. No. <br> (If more than one, state all): 6722 |
| Street Address of Debtor (No. and street, city, state, zip): <br><br> 3300 Sandhill Road <br> Marion, New York 14505 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): <br><br> 3300 Sandhill Road <br> Marion, New York 14505 |
| County of Residence or of the <br> Principal Place of Business: <br> Wayne | County of Residence or of the <br> Principal Place of Business: <br> Wayne |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address): |

Location of Principal Assets of Business Debtor
(If different from addresses listed above)

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue: (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-business
- [ ] Business

**Chapter 11, Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

**Statistical/Administrative Information (Estimates Only)**

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |



**Official Form B1 P2, 12-03**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Steurrys, Tammy L. |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  __s/Tammy L. Steurrys__
    Signature of Debtor

X  __s/Daniel Steurrys__
    Signature of Joint Debtor

    _____
    Telephone Number (if not represented by attorney)
    Date: 8/22/05

### Signature of Attorney

X  s/Robert L. Burkwit
    Signature of Attorney for Debtor(s)

Robert L. Burkwit, Esq.
    Printed Name of Attorney for Debtor(s)

    Firm Name
16 East Main Street, Suite 450
    Address
Rochester, New York 14614

585-325-3710
    Telephone Number
    Date:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

x s/Robert L. Burkwit
    Signature of Attorney for Debtor(s)    Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
    Signature of Authorized Individual

    _____
    Print or Type Name of Authorized Individual

    _____
    Title of Authorized Individual by Debtor to File this Petition
    Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

    _____
    Printed Name of Bankruptcy Petition Preparer

    _____
    Social Security Number (Required by 11 U.S.C. 110(c)

    _____
    Address

    _____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X  _____
    Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.



Form B6 SUM W (11-95)

Blumberg Excelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT Western      DISTRICT OF New York

**In re:** Steurrys, Tammy L.
          Steurrys, Daniel

**Debtor(s)   Case No.**

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which  is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 101000.00 | | |
| B - Personal Property | x | 5 | 10172.62 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 112909.14 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 4 | | 81704.49 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | x | 1 | | | 3054.57 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 3528.00 |
| Total Number of Sheets of All Schedules | | 17 | | | |
| Total Assets | | | 111172.62 | | |
| Total Liabilities | | | | 194613.63 | |


**Form B6 A W (12-98)**

BlumbergExcelsior, Publisher, NYC 10013

In re:Steurrys, Tammy L.                    Debtor(s)  Case No.                    (if known)
     Steurrys, Daniel

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Family Home located at 3300 Sandhill Road Marion, New York | Owners | J | 101,000.00 | 109,600.00 |
| | | Total -> | $101,000.00 | (Report also on Summary of Schedules) |

**Form B6 B W (11-95)**     BlumbergExcelsior, Publisher, NYC 10013

In re:   Steurrys, Tammy L.      Debtor(s)    Case No.      (if known)
       Steurrys, Daniel

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | x | | | |
| 02 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WCTA Federal Credit Union Savings Account No: 46362(Funds were frozen by Creditor) | J | 200.00 |
| | | WCTA Federal Credit Union Checking Account No: 731-0032778-65 | J | 40.00 |
| 03 Security Deposits with public utilities, telephone companies, landlords and others. | x | | | |
| 04 Household goods and furnishings including audio, video, and computer equipment. | | Various used furniture, appliances, tv, etc. in Debtors' possession. | J | 1,000.00 |
| (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> | | | | 1,240.00 |

_____ Continuation sheets attached

**Form B6 B W (11-95)**

*Blumberg*Excelsior, Publisher, NYC  10013

In re: Steurrys, Tammy L.                    Debtor(s)   Case No.                    (if known)
       Steurrys, Daniel

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05 Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | | Various used clothes in the Debtors' possession. | J | 600.00 |
| 07 Furs and jewelry. | | Wedding Bands 1 Ladies  approx. $100.00 1 Mens    approx.  $100.00 | J | 200.00 |
| 08 Firearms and sports, photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | University of Rochester 403(B) Retirement Acct. | W | 47.60 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->  | 2,087.60

_____ Continuation sheets attached

**Blumberg**Excelsior, Publisher, NYC 10013

**Form B6 B W (11-95)**

In re: Steurrys, Tammy L.          Debtor(s)     Case No.                    (if known)
       Steurrys, Daniel

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | TIAA CREF Account (Retirement Account) | W | 3,155.02 |
| 12 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15 Accounts receivable. | x | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->     5,242.62

_____ Continuation sheets attached

Form B6 B W (11-95)

BlumbergExcelsior, Publisher, NYC 10013

In re: Steurrys, Tammy L.                    Debtor(s)    Case No.                    (if known)
       Steurrys, Daniel

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | x | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 21 Patents, copyrights, and other general intellectual property. Give particulars. | x | | | |
| 22 Licenses, franchises, and other general intangible. Give particulars. | x | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Dodge Intrepid VIN#2B3HD46F6TH251911 | W | 700.00 |
| | | 1998 Chevy Pick Up Truck VIN#1GCGK24F9WZ191487 | H | 4,230.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->     10,172.62

_____ Continuation sheets attached

**Form B6 B W (11-95)**

*Blumberg*Excelsior, Publisher, NYC 10013

In re: Steurrys, Tammy L.          Debtor(s)     Case No.                    (if known)
       Steurrys, Daniel

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Boats, motors, and accessories. | x | | | |
| 25 Aircraft and accessories. | x | | | |
| 26 Office equipment, furnishings, and supplies. | x | | | |
| 27 Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28 Inventory. | x | | | |
| 29 Animals. | x | | | |
| 30 Crops-growing or harvested. Give particulars. | x | | | |
| 31 Farming equipment and implements. | x | | | |
| 32 Farm supplies, chemicals and feed. | x | | | |
| 33 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total ->   10,172.62

_____ Continuation sheets attached

Blumberg Excelsior, Publisher, NYC 10013

**Form B6 C W (11-95)**

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor elects the exemptions to which debtor is entitled under (Check one box).**

☐ 11 U.S.C. § 522(b)(1): Exceptions provided in U.S.C. § 522(d). Note:  These exceptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exceptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| University of Rochester 403(B) Retirement Acct. | CPLR 5205 (a)(2) | 47.60 | 47.60 |
| Various used clothes in the Debtors' possession. | CPLR 5205(a)(5) | 600.00 | 600.00 |
| Various used furniture, appliances, tv, etc. in Debtors' possession. | CPLR 5205 (a) (5) | 1,000.00 | 1,000.00 |
| Family Home located at 3300 Sandhill Road Marion, New York | CPLR 5206 | | 101,000.00 |
| TIAA CREF Account (Retirement Account) | CPLR(a)(5) 5205 | 3,155.02 | 3,155.02 |
| 1996 Dodge Intrepid VIN#2B3HD46F6TH251911 | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 700.00 | 700.00 |
| 1998 Chevy Pick Up Truck VIN#1GCGK24F9WZ191487 | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 1,007.00 | 4,230.00 |



BlumbergExcelsior, Publisher, NYC 10013

Form B6 D W (12/03)

In re: Steurrys, Tammy L.     Debtor(s)   Case No.
       Steurrys, Daniel

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  0050884045 | | H | VALUE $   4,230.00 | 3,233.14 | | |
| Charter One Auto Finance P. O. Box 20361 Rochester, New York 14602 | | | 11/2000 1998 Chevy Pick Up Truck VIN # 1GCGK24F9WZ191487 | | | |
| A/C #  0005504584 | | J | VALUE $   101,000.00 | 109,676.00 | | |
| EMC Mortgage P. O. Box 141358 Irving, TX. 75014 | | | 8/97 Mortgage on family home | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |
| A/C # | | | VALUE $ | | | |
| | | | | | | |

|  | Subtotal -> (Total of this page) | 112,909.14 |
|---|---|---|
|  | Total -> | 112,909.14 |

_____  Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)



**Form B6 E W (Rev 4/04)**

**Blumberg**Excelsior, Publisher, NYC 10013

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4925 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4925 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2225 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | CUD* |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | Subtotal -> (Total of this page) |  |  |  |

_____ x Continuation Sheets attached.

Total -> (use only on last page of the completed Schedule E.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)

**Debtor** Steurrys, Tammy L.
**In re:** Steurrys, Daniel                                            **Case No.**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D, W J O I N T, O R C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5477531319140015<br><br>Advanta Bancorp<br>c/o Credit Recovery Corp.<br>P. O. Box 8088<br>Philadelphia, PA. 19101 | | | 1/2000<br>Consumer Purchases | | | | 2,500.00 |
| 4319041006985420<br><br>Bank of America<br>c/o Imperial Collection<br>P. O. Box 369<br>Concord, CA. 94522 | | H | 4/24/01<br>Consumer Purchases | | | | 5,416.22 |
| 64179200530053<br><br>Beneficial Management/Hou<br>P. O. Box 10640<br>Virginia Beach, VA. 23450 | | H | 4/2000<br>Personal Loan | | | | 3,641.00 |
| 4121741530682884<br><br>Capital One<br>c/o Law Office of Mitchel<br>P. O. Box 9006<br>Smithtown, NJ. 11787 | | W | 8/99<br>Consumer Purchases | | | | 1,190.25 |
| 5260311150398746<br><br>Chase Bank<br>c/o Mel Harris & Associat<br>116 John Street<br>New York, NY 10038 | | W | 1/2000<br>Consumer Purchases | | | | 2,815.08 |
| 15963162<br><br>Cingular<br>c/o Collection Co. of Ame<br>P. O. Box 329<br>Norwell, MA. 02061 | | W | 1/04<br>Cellular Telephone | | | | 669.02 |

|  |  |
|---|---|
| Subtotal | $    16,231.57 |
| Total | $    16,231.57 |

X____   continuation sheets attached.

**Debtor** Steurrys, Tammy L.
**In re:** Steurrys, Daniel                                            Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5424180462544518<br>Citibank<br>c/o Plaza Associates<br>P. O. Box 18008<br>Hauppauge, NY 11788 | | H | 8/2000<br>Consumer Purchases | | | | 9,638.60 |
| 5424180503621176<br>Citibank<br>c/o Sharinn & Lipshie<br>200 Gardne City Plaza<br>Garden City, NY 11530 | | | 5/2000<br>Consumer Purchases | | | | 12,944.25 |
| 5424180446596568<br>Citibank Platinum Select<br>c/o Sharin & Lipshie<br>200 Garden City Plaza<br>Garden City, New York 115 | | W | 3/2000<br>Consumer Purchases | | | | 10,113.68 |
| 004900493733<br>GMAC<br>P. O. Box 78369<br>Phoeniz, AZ. 85062 | | W | 5/2002<br>Consumer Purchases | | | | 4,554.24 |
| 6008890997581988<br>J. C. Penney<br>c/o NCO Financial<br>P. O. Box 2617<br>Guasti, CA. 91243 | | W | 12/1998<br>Consumer Purchases | | | | 532.00 |
| 162116816<br>National Recovery Agency<br>P. O. Box 67015<br>Harrisburg, PA. 17106 | | H | 1/2001<br>Consumer Purchases | | | | 52.21 |
| | | | | | Subtotal | $ | 37,834.98 |
| | | | | | Total | $ | 54,066.55 |

X     continuation sheets attached.

FORM B6F(Official Form6F) (12/03)    BlumbergExcelsior, Publisher, NYC 10013

**Debtor** Steurrys, Tammy L.
**In re:** Steurrys, Daniel                                    **Case No.**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 582122<br>Nextel<br>c/o AWA Collections<br>P. O. Box 6605<br>Orange, CA. 92863 | | H | 7/01<br>Telephone Bill | | | | 1,033.57 |
| 741264<br>Ontario National Bank<br>26 East Main Street<br>Clifton Springs, NY 14432 | | H | 7/01<br>Personal/Business Loan | | | | 3,235.46 |
| 11844001<br>Sterling Financial<br>4200 Somerset Drive<br>Suite 132<br>Prairie Village, IN. 6620 | | W | 9/99<br>Lease for Tanning Beds | | | | 20,580.41 |
| 9R0-221-003<br>Tu Fanfare Publications<br>P. O. Box 5990<br>Valencia, CA. 91385 | | W | 6/2002<br>Advertising Costs | | | | 609.15 |
| 14837143<br>USA Datanet<br>c/o Solomon & Solomon<br>5 Columbia Drive<br>Albany, New York 12203 | | W | 1/2003<br>Business Telephone | | | | 52.02 |
| 403321 & 474135<br>Via Health<br>c/o Revenue Group<br>3700 Park East Drive<br>Beachwood, OH. 44122 | | W | 6/2002<br>Medical Bill | | | | 415.00 |

| | | |
|---|---|---|
| Subtotal | $ | 25,925.61 |
| Total | $ | 79,992.16 |

 X     continuation sheets attached.

FORM B6F(Official Form6F) (12/03)      **Blumberg**Excelsior, Publisher, NYC  10013

**Debtor** Steurrys, Tammy L.
 **In re:** Steurrys, Daniel                                                    **Case No.**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | C O D E B T O R | H U S B A N D, W I F E, J O I N T, O R C O M M U N I T Y | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 0699077239<br><br>Wells Fargo<br>P. O. Box 7510<br>Urbandale, IA. 50424 | | H | 7/2000<br>Personal Loan | | | | 1,712.33 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

|  |  |  |
|---|---|---|
| | Subtotal | $  1,712.33 |
| | Total | $  81,704.49 |

_____ continuation sheets attached.



Form B6 G W (11-95)

In re: Steurrys, Tammy L.
Steurrys, Daniel                                    Debtor(s)  Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |



**Form B6 H W (11/95)**

**Blumberg**Excelsior, Publisher, NYC 10013

In Steurrys, Tammy L.
re: Steurrys, Daniel

Debtor(s)  Case No.

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |


Form B6 I W (11-95)

BlumbergExcelsior, Publisher, NYC 10013

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)   Case No.

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|
| Debtor's Marital Status<br>Married | RELATIONSHIP<br>Tyler Craig          Son<br>Savannah Steurrys    Daughter | AGE<br>13<br>2m |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Receptionist | Foreman |
| Name of Employer | University of Rochester | Ferguson Hall Construction |
| How long employed | 2 Years | 1 Year |
| Address of Employer | c/o Univeristy or Rochester Controller<br>Town House 260<br>Rochester, New York 14620 | 1379 Brighton Henrietta TLR<br>Rochester, New York 14623 |

Income: (Estimate of average monthly income) ————————————

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.)<br>Estimate monthly overtime_____ | $      999.20 | $      3096.00 |
| SUBTOTAL _____ | $      999.20 | $      3096.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security _____ | 91.70 | 722.70 |
| b. Insurance _____ | | |
| c. Union dues _____ | | |
| d. Other (Specify) _____ | | |
| Health Insurance | 120.86 | |
| Parking | 8.62 | |
| 401(k) | | 96.75 |
| SUBTOTAL OF PAYROLL DEDUCTIONS _____ | $      221.18 | $      819.45 |
| TOTAL NET MONTHLY TAKE HOME PAY _____ | 778.02 | $      2276.55 |

Regular income from operation of business or profession or farm

(attach detailed statement)_____

Income from real property _____

Interest and dividends _____

Alimony, maintenance or support payments payable to the debtor for the debtor's
  use or that of dependents listed above. _____

Social security or other government assistance (Specify)

Pension or retirement income _____

Other monthly income (Specify)

| | DEBTOR | SPOUSE |
|---|---|---|
| TOTAL MONTHLY INCOME _____ | $      778.02 | $      2276.55 |
| TOTAL COMBINED MONTHLY INCOME | $      3054.57 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

BlumbergExcelsior, Publisher, NYC 10013

 Form B6 J W (11-95)

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)  Case No.

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment  (include lot rented for mobile home) | $ 1238.00 |

Are real estate taxes included? ☒ Yes   ☐ No     Is property insurance included? ☐  ☒

| | |
|---|---|
| Utilities  Electricity and Heating Fuel | 185.00 |
| Water and Sewer | |
| Telephone | 35.00 |
| Other | |
| Cable TV | 100.00 |
| Trash Collection | 20.00 |
| Lunches at Work | 20.00 |
| Home maintenance (repairs and upkeep) | |
| Food | 400.00 |
| Clothing | |
| Laundry and dry cleaning | 10.00 |
| Medical and dental expenses | 65.00 |
| Transportation (not including car payments) | 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 20.00 |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | 10.00 |
| Health | |
| Auto | 185.00 |
| Other | |

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)

| | |
|---|---|
| Auto | $ 440.00 |
| Other | |

Alimony, maintenance, and support paid to others
Payments for support of additional dependents not living at your home
Regular expenses from operation of business, profession, or farm (attach detailed statement)

| | |
|---|---|
| Other     Daycare for Children | 300.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3528.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | |
| B.  Total projected monthly expenses | |
| C.  Excess income (A minus B) | $ 0.00 |
| D.  Total amount to be paid into plan each | $ |

(Interval)

**Blumberg**Excelsior, Publisher, NYC 10013

**Form B6 Cont. W (12-03)**

In re: Steurrys, Tammy L.
      Steurrys, Daniel

                            Debtor(s)  Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date 8/22/05            Signature **s/Tammy L. Steurrys** _____

                                      Steurrys, Tammy L.       Debtor

Date                     Signature **s/Daniel Steurrys** _____

                                      Steurrys, Daniel     (Joint Debtor, if any)

                                  (if joint case, both spouses must sign.)

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____       _____

Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number

_____       (Required by 11U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

**X**_____       _____

Signature of Bankruptcy Petition Preparer       Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

  I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case,declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**18**_____sheets, and that they are true and correct to the best of my knowledge, information, and belief.

**(Total shown on summary page plus 1.)**

Date _____            Signature_____

                                        (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

 **Blumberg**Excelsior, Publisher, NYC 10013

Form 7W Stmt. of Financial Affairs (12-03)

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

Western **DISTRICT OF** New York

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

|   |   |

## 01 INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 58295.00 | 2003 Gross Income (From Income Tax Return) |
| 80770.00 | 2004 Gross Income (From Tax Returns) |
| 28192.00 | 2005 Gross Income to Date |

| | X | NONE |
|---|---|---|

## 02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)



## 03A PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT STILL OWNING | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT PAID |
|---|---|---|---|
| | GMAC<br>P. O. Box 78369<br>Phoenix, AZ. | 6/05<br>7/05<br>8/05 | 440.00<br>440.00<br>440.00 |
| | EMC Mortgage<br>P. O. Box 660530 | 6/1/05<br>7/1/05<br>8/1/05 | 1238.00<br>1238.00<br>1238.00 |

| | X | NONE |
|---|---|---|

## 03B PAYMENTS TO CREDITORS

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 04A SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ontario National Bank vs Daniel Steurrys Individually & Daniel Steurrys d/b/a Thunder Road Haulers<br>Index No. 93208 | Seeking Judgment against Defendant | State of New York Supreme Court County of Wayne | Pending |
| Sterling Financial vs Tammy L. Steurrys d/b/a DT's Sun Garden and Dan Steurrys, as Guarantor<br>Index No. 54107 | Seeking Summary Judgment | Suprem Court State of New York County of Wayne | Pending |
| Unifund CCR Partners Assignee of Citibank vs Tammy L. Steurrys<br>Index No. 56094/04 | Seeking Judgment against Defendant | Supreme Court State of New York County of Wayne | Pending |

Credit Recovery Corp. as Assignee    Seeking Judgment    Supreme Court         Pending
of Advanta Bancorp vs Tammy L.       against Defendant    State of New York
Steurrys/The Sun Garden                                   County of Wayne
Index No. 54293/03

NONE
|X|  **04B SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

   Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **05 REPOSSESSIONS, FORECLOSURES, AND RETURNS**

   List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **06A ASSIGNMENTS AND RECEIVERSHIPS**

   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|  **06B ASSIGNMENTS AND RECEIVERSHIPS**

   List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   07 GIFTS

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   08 LOSSES

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| |   09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert L. Burkwit, Esq. | 4/10/02 | 250.00 |
| 16 East Main Street | 2/28/03 | 500.00 |
| Suite 450 | 10/30/03 | 40.00 |
| Rochester, New York 14614 | 3/17/03 | 100.00 |
| | 8/9/04 | 25.00 |
| | 1/17/05 | 94.00 |

NONE
|X|   10 OTHER TRANSFERS

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **11 CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **12 SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **13 SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X|   **14 PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

 **NONE** X

## 15 PRIOR ADDRESS OF DEBTOR

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**NONE** X

## 16 SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

**NONE** X

## 17A ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

**NONE** X

## 17B ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**NONE** X

## 17C ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE

| | | **18A NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS |
|---|---|---|---|---|
| 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 | The Sun Garden | 5/99 - 12/00 | 1503 Canandaigua Road, Macedon, New York 14502 | Tanning Salon |
| 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 | Thunder Road Haulers | 7/01 - 6/02 | 3300 Sandhill Road Marion, NY 14505 | Dump Truck Services |

| X | **18B NATURE, LOCATION, AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.



**Blumberg**Excelsior, Publisher, NYC 10013

**Unsworn Declaration SFA**
W (12/03)

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date

Signature s/Tammy L. Steurrys
Steurrys, Tammy L. Debtor

Date

Signature s/Daniel Steurrys
Steurrys, Daniel (Joint Debtor, if any)
(if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number
(Required by U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X

Signature of Bankruptcy Petition Preparer                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
Continuation sheets attached

Date

Signature_____

(Print or type name of individual signing on behalf of debtor.)
(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

BlumbergExcelsior, Publisher, NYC 10013



**Form B8 (Official Form8) (12/03)**

### Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT** Western                    **DISTRICT OF** New York

In re: Steurrys, Tammy L.
Steurrys, Daniel

Debtor(s)    Case No. _____    (if known)
Chapter   7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

**Description of property**                              **Creditor's name**

*b. Property to Be Retained.*                            *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Real Property/3300 Sandhill Road | EMC Mortgage Corp. | | | XXXXX |
| 1998 Chevy Pick Up Truck | Charter One | | | XXXXX |
| Household Goods & Furnishings | n/a | X | | |
| Wearing Apparel | n/a | X | | |
| Wedding Bands | n/a | X | | |
| 1996 Dodge Intrepid | n/a | X | | |

Date: 8/22/05                              s/Tammy L. Steurrys
                                           _____
                                           Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.
                                                        (Required by 11 U.S.C. § 110(c))

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____            _____
  Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

BlumbergExcelsior, Publisher, NYC 10013



3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT    Western DISTRICT OF New York

In Steurrys, Tammy L.
re: Steurrys, Daniel

Debtor(s)   Case No.                    (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

   (a)  for legal services rendered or to be rendered in comtemplation of and in connection
      with this case                                                    $        800.00
   (b)  prior to filing this statement, debtor(s) have paid             $        800.00
   (c)  the unpaid balance due and payable is                           $          0.00

(3)  $ 209.00                        of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

   (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
      petition under title 11 of the United States Code.
   (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

                                          s/Robert L. Burkwit
Dated:                  Respectfully submitted, Robert L. Burkwit, Esq.   Attorney for Petitioner

Attorney's name and address
450 Reynolds Arcade, Roch, NY 14614



**Blumberg**Excelsior, Publisher, NYC 10013

**3092 - Verification of Creditor Matrix. 12/95**

# UNITED STATES BANKRUPTCY COURT

## Western **DISTRICT OF** New York

**In re:** Steurrys, Tammy L.
Steurrys, Daniel

Case No.

Debtor(s)

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated:    8/22/05

Debtor    s/Tammy L. Steurrys
       Steurrys, Tammy L.

Debtor    s/Daniel Steurrys
       Steurrys, Daniel

Advanta Bancorp
c/o Credit Recovery Corp.
P. O. Box 8088
Philadelphia, PA. 19101


Bank of America
c/o Imperial Collection
P. O. Box 369
Concord, CA. 94522


Beneficial Management/Househ
P. O. Box 10640
Virginia Beach, VA. 23450


Capital One
c/o Law Office of Mitchell K
P. O. Box 9006
Smithtown, NJ. 11787


Charter One Auto Finance
P. O. Box 20361
Rochester, New York 14602


Chase Bank
c/o Mel Harris & Associates
116 John Street
New York, NY 10038


Cingular
c/o Collection Co. of Americ
P. O. Box 329
Norwell, MA. 02061


Citibank
c/o Plaza Associates
P. O. Box 18008
Hauppauge, NY 11788


Citibank
c/o Sharinn & Lipshie
200 Gardne City Plaza
Garden City, NY 11530

Citibank Platinum Select
c/o Sharin & Lipshie
200 Garden City Plaza
Garden City, New York 11530

EMC Mortgage
P. O. Box 141358
Irving, TX. 75014

GMAC
P. O. Box 78369
Phoeniz, AZ. 85062

J. C. Penney
c/o NCO Financial
P. O. Box 2617
Guasti, CA. 91243

National Recovery Agency
P. O. Box 67015
Harrisburg, PA. 17106

Nextel
c/o AWA Collections
P. O. Box 6605
Orange, CA. 92863

Ontario National Bank
26 East Main Street
Clifton Springs, NY 14432

Sterling Financial
4200 Somerset Drive
Suite 132
Prairie Village, IN. 66208

Tu Fanfare Publications
P. O. Box 5990
Valencia, CA. 91385

USA Datanet
c/o Solomon & Solomon
5 Columbia Drive
Albany, New York 12203


Via Health
c/o Revenue Group
3700 Park East Drive
Beachwood, OH. 44122


Wells Fargo
P. O. Box 7510
Urbandale, IA. 50424